

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2019

No. 04-19-00212-CR

Sean Leroy **HAYS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0232-CR-A
Honorable William Old, Judge Presiding

# O R D E R

Appellant's court-appointed appellate counsel has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed appellant of his right to file his own brief and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no writ). On December 16, 2019, appellant filed a pro se motion for access to the appellate record.

Appellant's motion to access the record is GRANTED. It is ORDERED that the district clerk of Guadalupe County shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 17-0232-CR-A to appellant, TDCJ #2261167, at Terrell Unit, 1300 FM 655, Rosharon, Texas 77583. It is FURTHER ORDERED that the district clerk file written notice in this court no later than ten (10) days from the date of this order confirming the date the record was sent to appellant.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty (30) days from the date this court receives written notice that the record was sent to appellant by the district clerk. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date the appellant's pro se brief is filed in this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court